PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 SEP -1 AM 11: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ /s/ ___

U. S. A. vs. Travis, Kevin
Reg: 98864-198

Docket No. 06CR0599JAH-001

### Petition for Action on Conditions of Pretrial Release

Comes now Jennifer Gordon Pretrial Services Officer presenting an official report upon the conduct of defendant Travis, Kevin who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at San Diego, on the 15th day of March, 2006, under the following conditions:

Restrict travel to State of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; reside at a halfway house and leave only for medical purposes, active GPS.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

Condition violated: Defendant to reside at a halfway house.
1. On September 1, 2006, the defendant was terminated from a halfway house, Correctional Alternatives for violating their facility regulations.

Grounds for violation: On September 1, 2006, Pretrial Services received a fax from the Senior Case Manager at Correctional Alternatives, Rochelle Williams. My review of the document indicates on September 1, 2006, the defendant got into a verbal and physical fight with another resident in the laundry room of Correctional Alternatives. The defendant initially got into a verbal argument with the resident, then punched him, locked the laundry room door and proceeded to hit the resident with a fire extinguisher. The resident was able to free himself from the laundry room and told the case manager about the incident. The defendant will be terminated from their program, and discharged today. Correctional Alternatives has indicated they will hold the defendant until 12:00 p.m.

PS 8
(8/88)

# United States District Court

for

## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. Travis, Kevin      Docket No. 06CR0599JAH-001
Reg: 98864-198

### Petition for Action on Conditions of Pretrial Release

PRAYING THAT THE COURT WILL ORDER A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO HE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this 1st day of September, 2006 and ordered filed and made a part of the records in the above case.

U. S. District Judge John A. Houston

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/1/06

Respectfully,

Jennifer Gordon, U.S. Pretrial Services Officer

Place   San Diego, California

Date   September 1, 2006